

U.S. Department of Justice

United States Attorney
Eastern District of New York

al
SLR:LDM
F. #2018R00109

610 Federal Plaza
Central Islip, New York 11722

June 19, 2019

By ECF and Courtesy Copy by Interoffice Mail

Honorable Sandra J. Feuerstein
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re: United States v. Brian S. Ofsie
       Criminal Docket No. 19-175 (SJF)

Dear Judge Feuerstein:

  Enclosed please find a proposed Order of Forfeiture (the "Order") in the above-captioned case, the terms of which the defendant, Brian S. Ofsie, has agreed to in connection with his guilty plea, taken before Magistrate Judge Steven I. Locke on or about April 29, 2019. Accordingly, the government respectfully requests that the Court "so order" the enclosed proposed Order.

  Thank you for Your Honor's consideration of this submission.

          Respectfully submitted,

          RICHARD P. DONOGHUE
          United States Attorney

      By: /s/ Laura Mantell
          Laura Mantell
          Assistant U.S. Attorney
          (718) 254-6253

Enclosure: Order of Forfeiture
cc: Counsel of Record (by ECF)