# LAW OFFICE OF JOHN F. CARMAN

OF COUNSEL
SUSAN SCARING CARMAN, ESQ.
MATTHEW W. BRISSENDEN, ESQ.

Attorneys at Law
666 Old Country Road
Suite 501
Garden City, New York 11530
(516) 683-3600
Facsimile
(516) 683-8410

ASSOCIATE ATTORNEY
SARA M. PERVEZ

PARALEGAL
ANNA M. SACCO

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 01 2019 ★
LONG ISLAND OFFICE

Order
The application is ✓ granted.
___ denied.
___ referred to the Magistrate Judge.

s/ Sandra J. Feuerstein
8/1/2019

July 29, 2019

**VIA ECF**
Honorable Sandra Feuerstein
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re:   USA v. Brian Ofsie
      Docket No. 19-cr-00175

Dear Judge Feuerstein:

I represent Brian Ofsie in connection with the above-referenced matter and submit this letter in support of our request that Mr. Ofsie's release conditions be modified to include a condition that he receive mental health treatment, as recommended by Pre-Trial Services.

AUSA Whitman Knapp is aware that we are making this request and offered the consent of his office.

Thank you for your consideration.

Very truly yours,

/s/John F. Carman
JOHN F. CARMAN
(JC 7149)

JFC/as