

RICHARD D. COLLINS+

MARC C. GANN*

GERARD C. McCLOSKEY

DAVID J. BARRY

+Also member PA, MA, TX and D.C. Bar
*Also member MD Bar

*Of Counsel*
ALAN H. FELDSTEIN^
Tel: (818) 508-1820

ANSANELLI LAW GROUP, LLP
Tel: (631) 598-0337

SHANNON M. MONTGOMERY ^^
Tel: (281)798-8778

^Member CA Bar only
^^Member CA and FL Bar only

March 12, 2020

<u>VIA ECF</u>

Honorable Sandra J. Feuerstein
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 1010
Central Islip, New York 11722

     **Re: United States v. Brian Ofsie**
          **Docket No.: 2:19-CR00175-SJF-SIL**

Dear Judge Feuerstein:

     Please be advised that our firm represents Brian Ofsie in the above referenced matter.

     Mr. Ofsie is scheduled to appear before Your Honor on Monday, March 23, 2020 for sentence. We are herein respectfully requesting an adjournment of this matter so that we may prepare our Pre-Sentencing Memo in having recently received the Probation Presentencing Report. In addition, the parties desire to have Mr. Ofsie sentenced after the co-defendant Mr. Bohm.

     AUSA Elizabeth Macchiaverna consents to our request on behalf of the government. We respectfully request Monday, May 11, 2020 or May 18, 2020 as proposed adjournment dates if this meets the court's approval.

     Thank you for your courtesies in this matter. If you have any questions, please do not hesitate to contact me.

          Very truly yours,

          Marc C. Gann

MCG:yn